FILED BY _JW_ D.C.

05 JUN 30 PM 5:03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

**WILLIE R. ADAMS, JR.,**                **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

v.

**SOCIAL SECURITY**                      **CASE NO: 05-2270 Ml/V**
**ADMINISTRATION, et al.,**

    **Defendants.**

---

### JUDGMENT

---

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Correcting the Docket, Order Granting Leave to Proceed *In Forma Pauperis*, Order of Dismissal, Order Denying Appointment of Counsel, Order Certifying Appeal Not Taken in Good Faith, and Notice of Appellate Filing Fee, entered June 30, 2005, this case is DISMISSED.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

June 30, 2005
DATE

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-1-05

(4)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02270 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Willie R. Adams
1422 Frayser Blvd
Memphis, TN 38127

Honorable Jon McCalla
US DISTRICT COURT